UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FIREFIGHTERS' RETIREMENT SYSTEM, *ET AL.*** | * | **CIVIL ACTION NO. 3:15-CV-00482** |
| | * | |
| | * | **JUDGE SHELLY D. DICK** |
| **VERSUS** | * | |
| | * | **MAG. ERIN WILDER-DOOMES** |
| **ROYAL BANK OF SCOTLAND PLC** | * | |

**************************************************************************

<u>**NOTICE OF DISPOSITION OF**</u>
<u>**PETITION FOR WRIT OF CERTIORARI**</u>

**MAY IT PLEASE THE COURT:**

Plaintiffs, **Firefighters' Retirement System** ("FRS"); **Municipal Employees' Retirement System Of Louisiana** ("MERS"); and **New Orleans Firefighters' Pension & Relief Fund** ("NOFF") (collectively referred to herein as the "Louisiana Funds" or "Plaintiffs"), submit this instant Notice of Disposition in order to inform the Court of the denial of their Petition for Writ of Certiorari by the United States Supreme Court filed in the related matter entitled *Firefighters' Retirement System, et al. v. Citco Group Limited, et al.*, Case No. 3:13-cv-00373, United States District Court, Middle District of Louisiana.

On October 7, 2015, the Louisiana Funds filed a Petition for Writ of Certiorari in the related action entitled *Firefighters' Retirement System, et al. v. Citco Group Limited, et al.*, Case No. 15-451, United States Supreme Court. The Louisiana Funds' Petition for Writ of Certiorari was denied by Order of the United States Supreme Court on January 19, 2016.

Accordingly, the issues presented in the Motion to Dismiss (Doc. 21) filed by Defendant, Royal Bank of Scotland, and the Motion to Continue Submission Date to Allow Jurisdictional Discovery (Doc. 22) filed by the Louisiana Funds, are fully briefed and ripe for resolution by the Court.

1

Respectfully submitted:

**PREIS GORDON, APLC**
s/Phillip W. Preis
Phillip W. Preis, Bar Roll No. 10706
Charles M. Gordon, Jr., Bar Roll No. 23758
Crystal D. Burkhalter, Bar Roll No. 27396
Caroline P. Graham, Bar Roll No. 31295
Jennifer R. Dietz, Bar Roll No. 33804
John N. Grinton, Bar Roll No. 34571
2150 Bank One Centre - North Tower
450 Laurel Street (70801-1817)
Post Office Box 2786 (70821-2786)
Baton Rouge, Louisiana
Telephone: (225) 387-0707
Facsimile: (225) 344-0510

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record, who are CM/ECF participants electronically by filing in the Court's CM/ECF system on this 19th day of January, 2016 and I have emailed the foregoing pleading, and notice of electronic filing to any non-CM/ECF participants.

s/Phillip W. Preis
Phillip W. Preis