UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FIREFIGHTERS' RETIREMENT SYSTEM, *ET AL.*** | * | **CIVIL ACTION NO. 3:15-CV-00482** |
| | * | |
| | * | **JUDGE SHELLY D. DICK** |
| **VERSUS** | * | |
| | * | **MAG. ERIN WILDER-DOOMES** |
| **ROYAL BANK OF SCOTLAND PLC** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN**, that Plaintiffs, **FIREFIGHTERS' RETIREMENT SYSTEM**, **MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM OF LOUISIANA**, and **NEW ORLEANS FIREFIGHTERS' PENSION & RELIEF FUND** (collectively referred to herein as "Louisiana Funds" or "Plaintiffs"), in the above-numbered and captioned matter, hereby appeal to the United States Court of Appeals for the Fifth Circuit from:

1. The Order (Doc. 50; **Exhibit A**) entered on June 15, 2016, amending the original Judgment of dismissal as to Defendant, Royal Bank of Scotland, PLC, to a Judgment of dismissal *without prejudice*, thereby granting the Motion to Dismiss for Lack of Personal Jurisdiction of Defendant Royal Bank of Scotland, PLC;

2. The Judgment (Doc. 46; **Exhibit B**) entered on March 31, 2016, rendered in favor of Defendant, Royal Bank of Scotland, PLC, and dismissing Plaintiffs' claims with prejudice; and

3. The Ruling (Doc. 45; **Exhibit C**) entered on March 29, 2016, providing the written reasons underlying the Judgment of Dismissal without prejudice, granting the Motion to Dismiss for Lack of Personal Jurisdiction of Defendant, Royal Bank of Scotland, PLC.

Respectfully submitted by:

**PREIS GORDON**, **APLC**

s/ Phillip W. Preis
Phillip W. Preis, Bar Roll No. 10706
Charles M. Gordon, Jr., Bar Roll No. 23758
Crystal D. Burkhalter, Bar Roll No. 27396
Caroline P. Graham, Bar Roll No. 31295
Jennifer R. Dietz, Bar Roll No. 33804
2150 Bank One Centre - North Tower
450 Laurel Street (70801-1817)
Post Office Box 2786 (70821-2786)
Baton Rouge, LA
Telephone: (225) 387-0707
Facsimile: (225) 344-0510

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 15th day of July, 2016, I served copies of the foregoing pleading upon all counsel via electronic mail, the Court's electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed.

s/Phillip W. Preis
Phillip W. Preis