**Crystal Burkhalter**

| | |
|---|---|
| **From:** | enoticing@lamd.uscourts.gov |
| **Sent:** | Wednesday, June 15, 2016 2:07 PM |
| **To:** | Courtmail@lamd.uscourts.gov |
| **Subject:** | Activity in Case 3:15-cv-00482-SDD-EWD Firefighters' Retirement System et al v. Royal Bank of Scotland PLC Order on Motion to Alter Judgment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Middle District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 6/15/2016 at 2:07 PM CDT and filed on 6/15/2016
**Case Name:**      Firefighters' Retirement System et al v. Royal Bank of Scotland PLC
**Case Number:**    3:15-cv-00482-SDD-EWD
**Filer:**
**WARNING: CASE CLOSED on 03/31/2016**
**Document Number:** 50(No document attached)

Docket Text:
ORDER granting [47] Motion to Alter Judgment; Order granting [47] Motion to Amend Judgment. The Judgment of Dismissal as to Defendant Royal Bank of Scotland [46] is hereby amended to a Judgment of Dismissal without prejudice.. Signed by Judge Shelly D. Dick on 6/15/2016. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (Dick, Shelly)


**3:15-cv-00482-SDD-EWD Notice has been electronically mailed to:**

Caroline Dana Preis     caroline@preislaw.com

Charles Malcolm Gordon      chuck@preislaw.com

Churita H. Hansell      chhansell@nola.gov, churitahansell@aol.com

Crystal DiBenedetto Burkhalter      crystal@preislaw.com



Debra J. Fischman     dfischman@shergarner.com, lerskin@shergarner.com, sdomangue@shergarner.com, sroussel@shergarner.com

James M. Garner     jgarner@shergarner.com, dfischman@shergarner.com, jchocheles@shergarner.com, jclayton@shergarner.com, jstockstill@shergarner.com, lerskin@shergarner.com, priggs@shergarner.com, sdomangue@shergarner.com, sroussel@shergarner.com

Jennifer Rae Dietz     jennifer@preislaw.com

John J Clarke , Jr     john.clarke@dlapiper.com

John Neher Grinton     john@preislaw.com

John Stone Campbell , III     johnstone.campbell@taylorporter.com, connie.norton@taylorporter.com

L. Adam Thames     adam.thames@taylorporter.com, connie.norton@taylorporter.com, cynthia.abshier@taylorporter.com

Louis L. Robein     lrobein@ruspclaw.com, mwilson@ruspclaw.com, rwetzel@ruspclaw.com

Matthew McKay Coman     mcoman@shergarner.com, akeller@shergarner.com, ksimcox@shergarner.com

Phillip W. Preis     phil@preislaw.com, chuck@preislaw.com, courtney@preislaw.com, crystal@preislaw.com, jennifer@preislaw.com, krista@preislaw.com, matt@preislaw.com

Richard F. Hans     richard.hans@dlapiper.com, bonny.yang@dlapiper.com, docketingnewyork@dlapiper.com

Robert W. Barton     bob.barton@taylorporter.com, carla.williamson@taylorporter.com

Ryan Keith French     ryan.french@taylorporter.com, donna.jones@taylorporter.com

Sharonda R. Williams     swilliams@shergarner.com, shrwilliams@nola.gov

Vincent Victor Tumminello , III     trey.tumminello@taylorporter.com, pam.fendlason@taylorporter.com

**3:15-cv-00482-SDD-EWD Notice has been delivered by other means to:**

Charles M. Thompson
Preis Gordon
P.O. Box 2786
450 Laurel Street
Baton Rouge, LA 70821-2786