# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

FIREFIGHTERS' RETIREMENT SYSTEM,                    CIVIL ACTION
MUNICIPAL EMPLOYEES' RETIREMENT SYSTEM,
AND FIREFIGHTERS' PENSION & RELIEF FUND              15-482-SDD-EWD

VERSUS

ROYAL BANK OF SCOTLAND PLC

## JUDGMENT

For the reasons outlined in this Court's *Ruling*[1] dated March 29, 2016 in the above

captioned matter;

*Judgment* is hereby rendered in favor of Defendant, Royal Bank of Scotland, and

Plaintiffs' claims are dismissed with prejudice.

Baton Rouge, Louisiana the ___30___ day of March, 2016.

_Shelly Dick_
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 45.

EXHIBIT
B